# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RICHARD DEXHEIMER,**

    **Plaintiff,**

v.                                                      **Case No: 6:18-cv-1980-Orl-22EJK**

**ENJOY THE CITY NORTH, INC.,
LUKE STANTON and RAYMOND H
STANTON,**

    **Defendants.**

## ORDER

This cause is before the Court on Motion for Settlement (Doc. No. 48) filed on April 27, 2020.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 15, 2020 (Doc. No. 49) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The parties' Second Joint Motion for Approval of Settlement Agreement (Doc. 48) is hereby **GRANTED**. The Court finds the parties' Settlement Agreement (Doc. 48-1) is a fair and reasonable compromise of a bona fide FLSA dispute.

3. Plaintiff's Motion to Strike Answer and Affirmative Defenses to Amended Complaint (Doc. 39) is **DENIED as moot**.

4. This case is **DISMISSED** with prejudice.

5. The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Orlando, Florida on June 3, 2020.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties